Bessie L. McGregor, defendant in error, v. John Siegel, plaintiff in error. Gen. No. 28,300.

Action for deceit on contract for purchase of rooming house. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed October 2, 1923.

Frank T. McDermott, for plaintiff in error; Frank A. Ramsey, of counsel. Dwight D. Root, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

Maurice T. Weinshenk, appellee, v. David H. Weiss & Company, appellant. Gen. No. 28,364.

Suit for commission for selling oil stock. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed with a finding of facts. Opinion filed October 2, 1923.

John Elliott Byrne, for appellant; Joel C. Baker, of counsel. McCormick, Kirkland, Patterson & Fleming, for appellee; W. A. Keplinger, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Josephine Carlson, appellee, v. J. C. Carlson, appellant. Gen. No. 28,382.

Decree of divorce granted wife for adultery. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923. Certiorari denied by Supreme Court (making opinion final).

Lamborn, Guernsey & Heckler, for appellant; Donald H. McGilvray, of counsel. Grover C. Niemeyer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

William F. Tempel, appellant, v. Ferdinand L. Capps, appellee. Gen. No. 28,391.

Judgment by confession on note. Judgment opened. New judgment for costs against plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed October 2, 1923.

Einar C. Howard, for appellant. Henry Pollenz, for appellee.

Mr. Justice Barnes delivered the opinion of the court.